ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

HEROES, INC.

    Plaintiff(s)

vs.

HEROES, INC.

    Defendant(s)

Case No.: JFM 02 CV 2806

\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LODGED  \_\_\_ RECEIVED

AUG 2 6 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

$50.00
# 11792
✓ FEE PAID
\_\_\_ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

I, **David K. Heasley**, am a member in good standing of the bar of this Court. My bar number is **07879**. I am moving the admission of **James L. Bikoff** to appear *pro hac vice* in this case as counsel for **Plaintiff**.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia Bar | 1972 |
| U.S. Federal Circuit Court of Appeals | 2/4/1994 |
| U.S. District Court for the District of Columbia | 1993 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in a  jurisdiction, then he/she must submit a sta  ent fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,    Prid _____    Prid __29//25__
                                                Plid __//7428__
MOVANT                                          PROPOSED ADMITTEE

_____                            _____
Signature                                       Signature

David K. Heasley                                James L. Bikoff
Printed Name                                    Printed Name

Silverberg, Goldman & Bikoff                    Silverberg, Goldman & Bikoff
Firm                                            Firm

1101 30th Street, NW, Suite 120                 1101 30th Street, NW, Suite 120
Address   Washington, DC 20007                  Address   Washington, DC 20007

(202) 944-2339                                  (202) 944-3303
Telephone Number                                Telephone Number

(202) 944-3306                                  (202) 944-3306
Fax Number                                      Fax Number

********************************************************************

## ORDER

☒ GRANTED                    ☐ DENIED

                             Felicia C. Cannon
__August 26, 2002__          _____
Date                         ~~United States District Judge~~ Clerk, USDC
                             by Catherine M. R. Heaffid