IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HEROES, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JFM 02 CV 2806 |
| HEROES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Heroes, Inc. and Defendant Heroes, Inc., by their undersigned counsel, hereby stipulate and agree that Defendant's time to respond to the Complaint filed by Plaintiff is hereby extended to November 28, 2002. The parties request that this Court approve this Stipulation so that the parties may have time to try and resolve their differences, and so that Defendant may have sufficient time to respond to Plaintiff's Complaint.

Respectfully submitted,

_____
David K. Heasley (#7879)
James L. Bikoff
Silverberg, Goldman & Bikoff, LLP
Suite 120
1101 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 944-3300
Facsimile: (202) 944-3306

_____
Jan I. Berlage (#23937)
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650
   and
Roberta Jacobs-Meadway
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500

Attorneys for Defendant

SO ORDERED, on this ____ day of _____, 2002.

_____
JUDGE
United States District Court
    for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, a copy of the Stipulation and Order Extending Time for Defendant to Respond to Complaint was served via first class mail, postage pre-paid to:

>David K. Heasley, Esquire
>James L. Bikoff, Esquire
>Silverberg, Goldman & Bikoff, LLP
>Suite 120
>1101 30th Street, N.W.
>Washington, D.C. 20007

*Jan I. Berlage*