FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT MARYLAND
FOR THE DISTRICT OF MARYLAND
(Northern Division)   2003 MAR 31  A 11: 16

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| **HEROES, INC.,** | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. JFM-02-2806 |
| | ) | |
| **HEROES, INC.,** | ) | |
| Defendant | | |

## ORDER ENTERING JUDGMENT

This matter comes before the Court for entry of judgment pursuant to Fed.R.Civ.P. 68. Upon consideration of Defendant's Offer of Judgment to Plaintiff on December 16, 2002, and Plaintiff's acceptance thereof on December 18, 2002, and the Court finding that entry of judgment for permanent injunctive relief pursuant to the terms of the Offer of Judgment is appropriate under Rule 68, it is this ___ day of _____, 2003 ORDERED that

1  Defendant shall withdraw with prejudice its federal trademark Application Serial No. 76/372,173 to register the mark HEROES with the United States Patent and Trademark Office;

2. Defendant shall not use HEROES, INC. as its corporate name or mark;

3. This Order shall take effect and be enforceable by Plaintiff five (5) months after entry of this Order.

/s/
J. Frederick Motz
United States District Court Judge